**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

       - against -                                  **24-cr-109 (JGK)**

**SHAHARIA KHAN, ET AL.,**                     <u>**ORDER**</u>

             **Defendants.**

**JOHN G. KOELTL, District Judge:**

The next conference in this matter is scheduled for **June 11, 2024,** at **4:30 p.m.**

Because a continuance is needed to assure effective assistance of counsel, to allow the Government to make discovery available to the defense, and for the defense to determine what motions are to be made, if any, the Court prospectively excludes the time from today, **May 31, 2024,** until **June 11, 2024,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 31, 2024**                      <u>   /s/ John G. Koeltl   </u>
                                                      **John G. Koeltl**
                                   **United States District Judge**