```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

**UNITED STATES OF AMERICA**

      - against -                      24-cr-109 (JGK)

**SHAHARIA KHAN, ET AL.,**                 <u>ORDER</u>

            **Defendants.**

───────────────────────────────

**JOHN G. KOELTL, District Judge:**

As directed in the Order docketed on May 31, 2024, the next conference in this matter is scheduled for **June 11, 2024,** at **4:30 p.m.** <u>See</u> ECF No. 50.

The Court makes the following correction in the last paragraph of that Order: The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the <u>defendants</u> and the public in a speedy trial.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 1, 2024**                          /s/ John G. Koeltl
                                                          John G. Koeltl
                                               **United States District Judge**