UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

     - against -

SHAHARIA KHAN, ET AL.,

                    Defendants.

24-cr-109 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

The next conference in this matter is scheduled for **September 25, 2024**, at **11:30 a.m.**

Because a continuance is needed to assure the effective assistance of counsel, in light of the addition of a defendant who needs to review discovery, and for all defendants to review discovery and determine what motions are to be made, if any, the Court prospectively excludes the time from today, **June 11, 2024,** until **September 25, 2024,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
           June 11, 2024

                                  John G. Koeltl
                      United States District Judge