UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

       - against -                    24-cr-109 (JGK)

SHAHARIA KHAN, ET AL.,         ORDER

       Defendants.
---

JOHN G. KOELTL, District Judge:

    As stated at the conference held today, the Court sets the following schedule for trial. The defendants must file any motions by **November 22, 2024**. The Government's response will be due **December 13, 2024**. The defendants' replies shall be filed by **January 3, 2025**. A hearing on the defendants' motions shall be held on **January 24, 2025** at **10:00 a.m.** The Government will disclose any evidence to be admitted pursuant to Rule 404(b) of the Federal Rules of Evidence by **February 28, 2025**. Requests to charge, proposed voir dire and motions in limine shall be filed by **March 7, 2025**. Any responses or objections shall be filed by **March 21, 2025**. A final pre-trial conference shall be held on **May 13, 2025** at **2:30 p.m.** Trial is scheduled for **May 20, 2025** at **9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
           September 25, 2024

                                            John G. Koeltl
                                        United States District Judge