UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

UNITED STATES OF AMERICA

      - against -

SHAHARIA KHAN, ET AL.,

            Defendants.

24-cr-109 (JGK)

ORDER

―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    A Curcio hearing is scheduled for **October 9, 2024** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            September 25, 2024

                              John G. Koeltl
                          United States District Judge