UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                              24 cr 109 (JGK)

SHAHARIA KHAN, et al.,                                    **ORDER**

                       Defendant.
-----------------------------------------------------------X

        The Court scheduled oral argument on motions for Friday, January 24, 2025, at 10:00am. However, no motions have been filed in this matter.

        Having received no motions in this action, the January 24, 2025 proceeding is hereby canceled.

**SO ORDERED.**

                                                       **JOHN G. KOELTL**
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       January 14, 2025