UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                    24-cr-109 (JGK)

                                            ORDER

            - against -


SHAHARIA KHAN, ET AL.,

                    Defendants.

JOHN G. KOELTL, District Judge:

    The parties should advise the Court by **Friday, April 11,**
**2025,** of a recommendation for a new schedule and trial date in
this case.

SO ORDERED.

Dated:    New York, New York
          April 2, 2025

                                        _____
                                          John G. Koeltl
                                        United States District Judge