UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

SHAHARIA KHAN, ET AL.,
                Defendants.

---

24-cr-109 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Requests to charge, voir dire, together with any other pretrial submissions are due **November 14, 2025**. Any objections are due **December 1, 2025**. The final pretrial conference is adjourned to **Tuesday, January 6, 2026**, at **11:00 a.m.** Trial is adjourned to **Tuesday, January 13, 2026**, at **9:00 a.m.**

The Court prospectively excludes the time from today until **January 13, 2026** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel, to account for the schedules of counsel, and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.
Dated:    New York, New York
          April 28, 2025

                                      John G. Koeltl
                              United States District Judge