U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 18, 2025

**BY EMAIL**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Arian Ali, Mohsin Suhan, and Shaharia Khan,*
S4 24 Cr. 109 (JGK)

Dear Judge Koeltl:

The Government requests that the Court set a status conference in this case at which time the Government will ask the Court to reschedule the trial that is scheduled for January 2026. The reason this adjournment is needed is because counsel for Mohsin Suhan, Thomas Ambrosio, who was added to this case after the Court set the original trial date, *see* Dkt. 90, cannot participate in the scheduled trial because of other trial commitments that were scheduled before he was appointed in this case. I understand that Mr. Ambrosio is currently engaged in a trial and is unavailable until after November 25, 2025. I therefore ask the Court to schedule the conference for after Thanksgiving.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Andrew Jones*
Andrew Jones
Assistant United States Attorney
(212) 637-2249

cc: Defense Counsel

A CONFERENCE WILL BE HELD ON TUESDAY, DECEMBER 2, 2025, AT 2:30PM.

SO ORDERED.
11/20/25
[signed] J. G. Koeltl
USDJ