

# THOMAS AMBROSIO
## ATTORNEY AT LAW
Member of NJ & NY Bars

November 26, 2025

Via ECF

Hon. John G. Koeltl, U.S.D.J.
500 Pearl Street
New Yor, NY 10007

*Handwritten note:* ADJOURNED TO WEDNESDAY, DECEMBER 10, 2025, AT 11:30am SO ORDERED. *[signature]* G. Koeltl 11/26/25

RE:     USA vs Ali, Suhan, and Khan
        24-cr-(109)JGK)

Dear Judge Koeltl:

The scheduled the above referenced case for a status conference on December 2, 2025 at 2:30 p.m. I am respectfully requesting that the status conference be briefly postponed because on December 2, 2025 closing arguments are scheduled to take place in the trial I have been involved in for the past five weeks, *U.S. v. Brown, et al.*, 20-cr-684, in the District of New Jersey.

I apologize for the late request. I am a solo CJA Panel member and have been working 14+ hour days over the past weeks.

Your Honor's granting of this request would be greatly appreciated. I wish you and your chambers a Happy Thanksgiving.

Respectfully yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

---

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com