UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

SHAHARIA KHAN, USMAN IQBAL, AND ARIAN
ALI,

                Defendants.

24-cr-109 (JGK)

SCHEDULING ORDER

---

JOHN G. KOELTL, District Judge:

Trial is scheduled for **May 12, 2026, at 9:00 a.m.**

The Government should submit Rule 404(b) disclosures by **March 7, 2026.**

The parties should file any motions <u>in limine</u>, requests to charge, and proposed voir dire by **March 21, 2026.** Responses and objections are due **March 28, 2026.**

The Court will hold a conference on **April 17, 2026, at 12:00 p.m.**

The final pre-trial conference will be held on **May 7, 2026, at 2:30 p.m.**

SO ORDERED.

Dated:    New York, New York
           December 16, 2025

_____
         John G. Koeltl
     United States District Judge